UNITED STATES of America,
Plaintiff–Appellee,

v.

Crishone Crystal JOHNSON,
Defendant–Appellant.

No. 01–7383.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 5, 2001.

Decided Jan. 24, 2002.

Crishone Crystal Johnson, Appellant Pro Se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before WILKINS, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Crishone Crystal Johnson seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Crishone*, Nos. CA–00–129–7; CR–96–22 (W.D.Va. June 11, 2001). We also deny Johnson's motion to supplement her § 2255 motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*